# IN THE SUPREME COURT OF THE STATE OF NEVADA

KAI PERRY,
                **Appellant,**

vs.

LOLITA RIMSON,
                **Respondent.**

No. 83237

**FILED**

SEP 07 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's pro se motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Dawn Throne, District Judge, Family Court Division
       Kai Perry
       The Law Offices of Frank J. Toti, Esq.
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-25859